# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TRISHA HAYES**                                                                                                          **PLAINTIFF**

v.                                                                         CIVIL ACTION NO. 1:22-cv-114-TBM-BWR

**ST. JOSEPH HOSPICE OF SOUTHERN MISSISSIPPI, LLC;** *and* **MARK CROWSON**                                                                       **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 25th day of January, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE